1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   DOUGLAS SPRAGUE (CSBN 202121 )
    Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov

8
    Attorneys for Plaintiff

9

10

11
                        UNITED STATES DISTRICT COURT

12
                      NORTHERN DISTRICT OF CALIFORNIA

13
                          SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )   CR No. 03-07-70348 BZ
                                       )
16          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME
17      v.                             )
                                       )
18  GILSON ARAUJO aka GILVAN           )
    LEANDRO THOMAZELE,                 )
19                                     )
            Defendant.                 )
20

21      ____On June 22, 2007, the parties in this case appeared before the Court and stipulated that

22  time should be excluded from the Speedy Trial Act calculations from June 22, 2007 through July

23  10, 2007.  The parties represented that granting the continuance was necessary for continuity of

24  counsel, taking into account the exercise of due diligence, insofar as counsel for the defendant

25  and counsel for the Government are each unavailable for certain dates within this period.

26  Counsel for the defendant also agreed to waive the defendant's right to a preliminary hearing

27  within 10 days, pursuant to Fed. R. Crim. P. 5.1(c), in light of these scheduling conflicts.  The

28  parties also represented that the continuance was also necessary for effective preparation of

    Stipulation and [Proposed] Order Excluding Time - CR 03-07-70348 BZ
                                           1

1    counsel to permit defense counsel to review discovery.   See 18 U.S.C. § 3161(h)(8)(B)(iv).

2     IT IS SO STIPULATED.

3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
4

5
      DATED: July 9, 2007                            _____/s/_____
6                                                    DENISE MARIE BARTON
                                                     Assistant United States Attorney
7

8
      DATED: July 9, 2007                            _____/s/_____
9                                                    ALAN DRESSLER
                                                     Attorney for GILSON ARAUJO aka
10                                                   GILVAN LEANDRO THOMAZELE

11

12
      **IT IS SO ORDERED.**
13
          As the Court found on June 22, 2007, and for the reasons stated above, the Court finds that
14
      the ends of justice served by the continuance outweigh the best interests of the public and the
15
      defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
16
      calculations from June 22, 2007 through July 10, 2007 for continuity of counsel and effective
17
      preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested
18
      continuance would deny the defendant continuity of counsel and effective preparation of counsel,
19
      taking into account the exercise of due diligence, and would result in a miscarriage of justice.
20
      See 18 U.S.C. §3161(h)(8)(B)(iv).
21

22

23
      DATED:_____              _____
24
                                                     Honorable Bernard Zimmerman
25                                                   United States Magistrate Judge

26

27

28

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70348 BZ