1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   CR No. 03-07-70348 BZ
                                     )
15         Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXTENDING THE TIME LIMIT FOR THE
16       v.                          )   PRELIMINARY HEARING AND
                                     )   EXCLUDING TIME
17  GILSON ARAUJO aka GILVAN         )
    LEANDRO THOMAZELE,               )
18                                   )
           Defendant.                )
19  _____  )

20       On June 22, 2007, the parties appeared before the Court and stipulated that time should

21  be excluded from the Speedy Trial Act calculations from June 22, 2007 through July 10, 2007.

22  Further, counsel for the defendant waived the defendant's right to a preliminary hearing within

23  20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

24       The parties now stipulate and request that the Court enter an Order that the Preliminary

25  Hearing be removed from the July 10, 2007 calendar and be continued until July 30, 2007 and

26  that time should be excluded from the Speedy Trial Act calculations from July 10, 2007 through

27  July 30, 2007 for effective preparation of counsel.

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70348 BZ
                                     1

1    The Government is in the process of preparing and providing discovery to the defendant.
2  Further, counsel for the Government and defense counsel are currently discussing pre-indictment
3  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his
4  client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P.
5  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
6  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
7  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
8  U.S.C. § 3161(h)(8)(B)(iv).
9   IT IS SO STIPULATED.

10
11                                                    SCOTT N. SCHOOLS
                                                       United States Attorney
12
13
     DATED: July 9, 2007                              _____/s/_____
14                                                    DENISE MARIE BARTON
                                                       Assistant United States Attorney
15
16
     DATED: July 9, 2007                              _____/s/_____
17                                                    ALAN DRESSLER
                                                       Attorney for GILSON ARAUJO aka
18                                                    GILVAN LEANDRO THOMAZELE
19
20  **IT IS SO ORDERED.**
21      The Preliminary Hearing shall be removed from the July 10, 2007 calendar and be
22  continued until July 30, 2007.  For the reasons stated above, the Court finds that the ends of
23  justice served by the continuance outweigh the best interests of the public and the defendant in a
24  speedy trial and that time should be excluded from the Speedy Trial Act calculations from July
25  10, 2007 through July 30, 2007 for effective preparation of counsel.  See 18 U.S.C.
26  §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
27  effective preparation of counsel, taking into account the exercise of due diligence, and would
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70348 BZ

1 | result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

4 | DATED:_____

                                Honorable James Larson
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70348 BZ