1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
10
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14
15 UNITED STATES OF AMERICA,        )  CR No. 03-07-70348 BZ
                                    )
16      Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER
                                    )  EXCLUDING TIME
17      v.                          )
                                    )
18 GILSON ARAUJO aka GILVAN         )
   LEANDRO THOMAZELE,               )
19                                  )
        Defendant.                  )
20

21     On July 30, 2007, the parties in this case appeared before the Court and stipulated that

22 time should be excluded from the Speedy Trial Act calculations from July 30, 2007 through

23 August 14, 2007. The parties represented that The Government has and is continuing to provide

24 discovery to the defendant. Further, counsel for the Government and defense counsel are

25 currently discussing pre-indictment resolution of this matter. Finally, counsel for the defendant

26 does not believe it is within his client's best interest to hold a preliminary hearing within 10 days,

27 pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties represent that granting this continuance is

28 necessary for effective preparation of counsel to permit defense counsel to review discovery and

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70348 BZ

1

1  to afford counsel time to discuss pre-indictment resolution, taking into account the exercise of
2  due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3   IT IS SO STIPULATED.

|                          |                                                      |
|--------------------------|------------------------------------------------------|
|                          | SCOTT N. SCHOOLS<br>United States Attorney           |
| DATED: July 30, 2007     | _____/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: July 30, 2007     | _____/s/_____<br>ALAN DRESSLER<br>Attorney for GILSON ARAUJO aka<br>GILVAN LEANDRO THOMAZELE |

**IT IS SO ORDERED.**

   As the Court found on July 30, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from July 30, 2007 through August 14, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: August 1, 2007                     _/s/ James Larson_____
                                          Honorable James Larson
                                          United States Magistrate Judge