**United States District Court**
For the Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,                    No. CR07-0536 (JCS)
8              Plaintiff(s),
                                                 CLERK'S NOTICE
9        v.
10  GILSON FERREIRA ARAUJO,
11             Defendant(s).
12  _____/
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14
15  YOU ARE NOTIFIED THAT the Change of Plea and Summary Judgment and Sentencing hearing
16  before Magistrate Judge Spero previously noticed for Thursday, August 16, 2007, at 9:30 a.m., has
17  been reset to **Friday, August 17, 2007, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate
18  Avenue, San Francisco, California.
19
20  Dated: August 14, 2007

                                                 FOR THE COURT,
21                                               Richard W. Wieking, Clerk
22
23                                          by: _____Karen L. Hom_____
                                                 Karen L. Hom
24                                               Courtroom Deputy
25
26
27
28